NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHANOL BOOSTING SYSTEMS, LLC, MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiffs-Appellants*

**v.**

**FORD MOTOR COMPANY,**
*Defendant-Appellee*

---

2020-1472

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-00196-CFC-SRF, Judge Colm F. Connolly.

---

## JUDGMENT

---

ANDRES HEALY, Susman Godfrey LLP, Seattle, WA, argued for plaintiffs-appellants. Also represented by MATTHEW ROBERT BERRY, STEVEN M. SEIGEL; WILLIAM DANIEL O'CONNELL, New York, NY.

MICHAEL S. CONNOR, Alston & Bird LLP, Charlotte, NC, argued for defendant-appellee. Also represented by KIRK T. BRADLEY; NATALIE CHRISTINE CLAYTON, ANDREW JAMES LIGOTTI, New York, NY; BRIAN DAVID HILL, Lerner,

David, Littenberg, Krumholz & Mentlik LLP, Westfield, NJ.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2020           /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court